IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER FARLEY et al., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 15-5956 |
| | : | |
| JEFFREY CERNAK et al., | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 13th day of January, 2016, upon consideration of the Motion to Dismiss filed by Jeffrey Cernak and Christine Cernak (collectively "Defendants"), (Dkt No. 4), and Memorandum in Support thereof, (Dkt No. 4-2), the Response filed by Heather Farley and Glenn Farley, on behalf of themselves and their children Mackenzie Farley and Jackson Farley, and Michael Harvey and Candace Harvey (collectively "Plaintiffs"), (Dkt No. 5), Defendants' Reply, (Dkt No. 6), and Plaintiffs' Sur-Reply, (Dkt No. 7), it is hereby ORDERED that Defendants' Motion is GRANTED for the reasons set forth in the accompanying Memorandum. Counts I, II, III, IV, VII, VIII, IX, X are DISMISSED.

Counts V and VI remain pending.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. Darnell Jones, II    J.